■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN ALLEN, Appellant. [685 NYS2d 646] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Demakos, J.), rendered July 25, 1995, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Bracken, J. P., O'Brien, Thompson and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BOYD, Appellant. [685 NYS2d 646] —Appeal by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Vaughn, J.), both imposed April 10, 1997, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed (*see, People v Cabrera,* 243 AD2d 720; *People v Rodriguez,* 250 AD2d 866). Mangano, P. J., Thompson, Joy and Goldstein, JJ., concur.